UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
MATTHEW KENNEY,

                **Plaintiff,**

      -against-

                                  1:25-cv-03590 (ALC)

FIFTH THIRD BANCORP, *doing business as FIFTH THIRD* and PREPAID EXPENSE CARD SOLUTIONS INC., *doing business as PEX*,

                                  **ORDER**

                **Defendants.**
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties should submit a joint letter by May 14, 2025 providing details on the status of this action.

**SO ORDERED.**

**Dated:**    **May 1, 2025**
              **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**